UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT TIROLLO, an individual

    Plaintiff,

v.                                               Case No: 2:17-cv-126-FtM-99MRM

MICHAEL SCOTT,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the file. Upon review, the Court notes that because the Complaint (Doc. 1) contains one count for retaliation under the Fair Labor Standards Act it should proceed through the normal course of litigation as a Track Two case. Therefore, the Court will vacate the FLSA Scheduling Order and direct the parties to file a Case Management Report.

Accordingly, it is now

**ORDERED:**

(1) The FLSA Scheduling Order (Doc. 16) is **vacated**. The Clerk is directed to note that Doc. 16 is vacated on the docket sheet.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) The parties shall have up to and including **July 7, 2017** to file a Case Management Report, which the parties may meet telephonically to prepare.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of June, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record